

```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  LAUREN CUSICK, Bar #257570
    Assistant Federal Defender
 3  Designated Counsel for Service
    GRANT ZEHNDER/CAITLIN HOWARD
 4  Certified Student Attorney
    801 I Street, 3rd Floor
 5  Sacramento, California 95814
    Telephone: (916) 498-5700
 6

 7  Attorney for Defendant
    DAVID TROUT
 8
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Cr. S-10-0082-DAD |
|---|---|
| Plaintiff, | ) |
| | ) STIPULATION AND [~~PROPOSED~~] ORDER |
| v. | ) |
| DAVID TROUT, | ) Date: May 25, 2010 |
| | ) Time: 10:00 a.m. |
| Defendant. | ) Judge: Hon. Dale A. Drozd |

It is hereby stipulated between the parties through their respective counsel, Matthew C. Stegman, Assistant United States Attorney, and Lauren D. Cusick, Assistant Federal Defender, attorney for David Trout, that the Court vacate the trial confirmation hearing set for May 4, 2010 at 10:00 a.m., and the jury trial set for May 17, 2010 at 10:00 a.m. We respectfully request the court set a change of plea hearing on May 25, 2010 at 10:00 a.m.

The parties agree that the ends of justice served by granting defendant's request for a continuance outweigh the best interest of the public and the defendant in a speedy trial because the parties are negotiating a resolution. 18 U.S.C. § 3161(h)(7)(A). The parties

1  stipulate that for the purpose of computing time under the Speedy Trial
2  Act, the Court should exclude time from the date of this order through
3  May 25, 2010. 18 U.S.C. § 3161(h)(7)(B)(iv) [Local Code T4].

Dated: April 29, 2010

                              Respectfully submitted,

                              DANIEL J. BRODERICK
                              Federal Defender


                              /s/ Lauren Cusick
                              LAUREN CUSICK
                              Assistant Federal Defender
                              Attorney for Defendant
                              DAVID TROUT

Dated: April 29, 2010         BENJAMIN WAGNER
                              United States Attorney


                              /s/ Daniel McConkie for
                              MATTHEW STEGMAN
                              Assistant U.S. Attorney


                              **O R D E R**

**IT IS SO ORDERED.**

DATED: April **29**, 2010.

                              DALE A. DROZD
                              United States Magistrate Judge

Stipulation and [Proposed] Order   -2-